Law Office of Katarina Rost, PC
57 Post Street, Suite 904
San Francisco, CA 94104
Tel: (415) 350 5566
attykatrost@gmail.com


Attorney for Plaintiff

**NOT DETAINED**



GRANTED

Judge Susan van Keulen

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Claudia RAMOS BERNABE, | Case Nol 5:26-CV-01522-SVK |
|---|---|
| v.<br><br>Marwayne MULLIN et al. | **NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

## I.    MOTION

Plaintiff Claudia Ramos Bernabe (hereinafter "Plaintiff"), by and

through her attorney of record, respectfully moves this court for voluntary

dismissal without prejudice of her pending Petition for Writ of Mandamus and

Complaint for Relief Under the APA under FRCP 41(a)(2).  Defendants are not

opposed to this motion.

///

///

1

## II.    ARGUMENT

### A. Rule 41(a)(2) Standard

"Rule 41(a)(2) permits a plaintiff, with the approval of the court, to dismiss an action without prejudice at any time." Stevedoring Servs. of Am. v. Armilla Intern. B.V., 889 F.2d 919, 921 (9th Cir. 1989); Fed. R. Civ. P. 41(a)(2) (emphasis added) ("[A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."). "A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion and the court's order will not be disturbed unless the court has abused its discretion." Stevedoring Servs., 889 F.2d at 921. "The purpose of the rule is to permit a plaintiff to dismiss an action without prejudice so long as the defendant will not be prejudiced or unfairly affected by dismissal." Stevedoring Servs., 889 F.2d at 921 (internal cites omitted).

### B.    Dismissal Will Not Result In Prejudice to Defendants

"Within the Ninth Circuit a district court should grant a motion for voluntary dismissal unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001). Legal prejudice means "prejudice to some legal interest, some legal claim, some legal argument." Zanowick v. Baxter Healthcare Corp., 850 F.3d 1090, 1093 (9th

Cir. 2017); "A dismissal under Rule 41(a)(2) is normally without prejudice." <u>Smith</u>, 263 F.3d at 976.

Defendants will not be prejudiced by the dismissal of Plaintiff's claims. Dismissal will not affect Defendants in any way, as their legal position with respect to Plaintiff or her asylum application will not change following dismissal.

## III.   CONCLUSION

For the foregoing reasons, Plaintiff prays this Court grant his Motion for Voluntary Dismissal pursuant to Rule 41(a)(2).

Respectfully submitted this May 13, 2026

By: /s/Katarina Rost
KATARINA ROST
Attorney for Plaintiff

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

5/13/2026


/s/ Katarina Rost

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California using the Central District's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 13, 2026, in San Francisco, CA.

/s/ Katarina Rost